PEOPLE v EDWARD JACKSON, Nos. 91055, 91056; Court of Appeals Nos. 118728, 117627.

PEOPLE v SURHAN, No. 91058; Court of Appeals No. 119780.

PEOPLE v KLEIN, No. 91061; Court of Appeals No. 124442.

PUROLL v CITY OF MADISON HEIGHTS, No. 91068; reported below: 187 Mich App 672.

PEOPLE v TOWNSEND, No. 91072; Court of Appeals No. 114641.

PLUNKETT v CITY OF GRAND LEDGE, No. 91076; Court of Appeals No. 121389.

PEOPLE v ISAAC GIBBS, No. 91091; Court of Appeals No. 127643.

ROBARGE v GENERAL MOTORS CORPORATION, No. 91094; Court of Appeals No. 132899.

PEOPLE v WHACK, No. 91095; Court of Appeals No. 115905.

PEOPLE v POUNDS, No. 91096; Court of Appeals No. 122694.

PEOPLE v LESLEY, No. 91101; Court of Appeals No. 127442.

PEOPLE v TWILLEY, No. 91121; Court of Appeals No. 133949.

PEOPLE v HAWKINS, No. 91122; Court of Appeals No. 118538.

PEOPLE v HOWARD, No. 91128; Court of Appeals No. 135340.

PEOPLE v FIELDS, No. 91130; Court of Appeals No. 133844.

PEOPLE v STANLEY JACKSON, No. 91228; Court of Appeals No. 132988.

PEOPLE v MAURICE TAYLOR, No. 91267; Court of Appeals No. 110352.

PEOPLE v BOULTON, No. 91333; Court of Appeals No. 122138.

SHAY v STATE OF MICHIGAN, No. 91769; Court of Appeals No. 120806.

WAGGONER v WAGGONER, No. 91791; Court of Appeals No. 134070.

*Interlocutory Appeals*

*Leave to Appeal Denied August 30, 1991:*

PENIX v BENDER, No. 90469; Court of Appeals No. 116466.

CHINCHEN v CHINCHEN, Nos. 90817, 90818; Court of Appeals Nos. 118100, 123333.

PEOPLE v WHITTAKER, No. 90869; reported below: 187 Mich App 122.